# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

Filed: November 18, 2015

```
* * * * * * * * * *
SCOTT TESTA,                      *
                                  *
                                  *   No. 13-524V
            Petitioner,           *
                                  *
v.                                *   Special Master Gowen
                                  *
SECRETARY OF HEALTH               *   Vaccine Rule 21(a); Joint Stipulation of
AND HUMAN SERVICES,               *   Dismissal; Voluntary Dismissal
                                  *
            Respondent.           *
                                  *
* * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDING[1]

On November 17, 2015, the parties filed a joint notice of voluntary dismissal pursuant to Vaccine Rule 21(a)(1)(B). The parties stipulate to voluntary dismissal of the above-captioned case, and request that the dismissal be with prejudice.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed with prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Thomas L. Gowen
Thomas L. Gowen
Special Master

---

[1] Because this decision contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this ruling on the website of the United States Court of Federal Claims, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)).  As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party:  (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy."  Vaccine Rule 18(b).